# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR384 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ANTHONY PROVENZALE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 14, 2018 and a superseding violation report on November 30, 2018. The Court referred this matter to a magistrate judge to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Greenberg reported that a supervised release violation hearing was held on December 12, 2018. The defendant admitted to the following violations:

1. Failure to Comply with Sex Offender Treatment;
2. New Law Violation;
3. Unauthorized Use of Computer;
4. New Law Violation;
5. Failure to Comply with Sex Offender Treatment.

The magistrate judge filed a report and recommendation on December 12, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on January 29, 2019. Defendant Anthony Provenzale was present and represented by Attorney Carolyn Kucharski. The United States was represented by Assistant United States Attorney Michael Sullivan. United States Probation Officer Adam Jones was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of twelve (12) months and one (1) day. The Court recommends that the defendant be placed at FCI Elkton.

Upon release from custody, defendant is placed on supervised release for five (5) years, with the same terms and conditions of supervised release as previously ordered.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: January 29, 2019

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**